In the Matter of the Petition of Everett Cox et al. to Disconnect Certain Territory from the City of Crest Hill.

Everett Cox et al., Petitioners-Appellees, v. City of Crest Hill, Illinois, et al., Respondents-Appellants.

Gen. No. 11,515. 

Second District, Second Division.

August 29, 1961.

Rehearing denied October 10, 1961.

Glenn E. Miller, of Lockport, and Samuel Saxon, of Plainfield, for appellant; James M. Bartley, and Henry F. Hammel, of Joliet, for appellee. Opinion by JUSTICE CROW. **Not to be published in full.**